# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TERRY LEE FRANKLIN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-12143** |
| **DONNIE BORDELON, ET AL.** | **SECTION "M"(4)** |

## O R D E R

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the 42 U.S.C. § 1983 complaint and related pauper application filed by the plaintiff, Terry Lee Franklin, are **TRANSFERRED** to the United States District Court for the Western District of Louisiana for further proceedings.

New Orleans, Louisiana, this 25th day of September, 2019.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE